IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| JESSICCA SHUMARD and LEANNA SHUMARD,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:20-CV-05086-LMC<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the matter be dismissed in its entirety, with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| PONTELLO & BRESSLER, LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | |
| /s/ Dominic Pontello | /s/ Claudia M. Tran |
| Dominic Pontello #60947 | Claudia M. Tran #70391 |
| 406 Boones Lick Rd. | 4520 Main Street, Suite 400 |
| St. Charles, MO 63301 | Kansas City, MO 64111 |
| (636) 896-4170 | (816) 471-1301 |
| (636) 246-0141 | (816) 471-1303 *(Facsimile)* |
| dominic@pontellolaw.com | claudia.tran@ogletree.com |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

      The undersigned certifies that on the 5th day of July, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Dominic M. Pontello #60947
Pontello & Bressler, LLC
406 Boones Lick Road
St. Charles, MO 63301
(636) 896-4170
(636) 246-0141 (Facsimile)
dominic@pontellolaw.com

**ATTORNEYS FOR PLAINTIFFS**

                                    /s/ Claudia M. Tran
                                    **ATTORNEY FOR DEFENDANT**
                                    **NAVIENT SOLUTIONS, LLC**